Gary ANDERSON *v.* STATE of Arkansas

CR 95-488                                                    898 S.W.2d 53

Supreme Court of Arkansas
Opinion delivered May 22, 1995

*John C. Bartlett,* for appellant.

No response.

PER CURIAM. We treat this motion for rule on the clerk as a motion for a belated appeal. Appellant filed his notice of appeal on December 19, 1994, whereas the judgment was not entered until January 9, 1995. Under our rules the notice of appeal was of no

effect. Ark. R. App. P. 4; *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

We grant the motion for a belated appeal and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct.